IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BOUCHARD MARGULES & FRIEDLANDER, P.A., a Delaware professional corporation, | ) ) ) |
| Plaintiff, | ) Civil Action No. 08-376 (UNA) ) ) ) |
| v. | ) ) |
| DAVID H. BROOKS, | ) ) |
| Defendant. | ) |

## NOTICE OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(i), and the settlement reached by the parties, plaintiff hereby dismisses this action with prejudice.

BOUCHARD MARGULES & FRIEDLANDER, P.A.

/s/ Andre G. Bouchard
Andre G. Bouchard (#2504)
Joel Friedlander (#3163)
222 Delaware Avenue, Suite 1400
Wilmington, DE 19801
(302) 573-3500

Attorneys for Plaintiff
Bouchard Margules & Friedlander, P.A.

Dated: June 27, 2008

{BMF-W0099551.}