IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BOUCHARD MARGULES & FRIEDLANDER, P.A., a Delaware professional corporation, | ) ) ) | |
| Plaintiff, | ) ) ) | Civil Action No. 08-376 JJF |
| v. | ) ) | |
| DAVID H. BROOKS, | ) ) | |
| Defendant. | ) ) | |

**NOTICE OF DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(i), and the settlement reached by the parties, plaintiff hereby dismisses this action with prejudice.

BOUCHARD MARGULES & FRIEDLANDER, P.A.

/s/ Andre G. Bouchard
Andre G. Bouchard (#2504)
Joel Friedlander (#3163)
222 Delaware Avenue, Suite 1400
Wilmington, DE 19801
(302) 573-3500

Attorneys for Plaintiff
Bouchard Margules & Friedlander, P.A.

Dated: June 27, 2008

SO ORDERED this 25 day of July, 2008

_____
U.S. District Judge

{BMF-W0099551.}